

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 863 |
| v. | ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| JERRY BONDS | ) | |

### ORDER

Upon the unopposed motion of the United States for a protective order, it is hereby ordered as follows:

1. All materials produced by the government in preparation for or in conjunction with any stage of the proceedings in this case, including but not limited to grand jury transcripts, agency reports, witness statements, audio recordings, video recordings, memoranda of interview, and any documents provided by the government, excluding trial exhibits, remain the property of the United States. Upon conclusion of the trial and any appeal in this case or upon the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be returned to the United States, unless otherwise ordered by the Court. All material returned shall be segregated and preserved by the United States in connection with further proceedings related to this case. All copies withheld by the defense by express order of this court shall be preserved only so long as is necessary for further proceedings related to this case, after which they shall be returned to the United States or destroyed. The Court may require a certification as to the disposition of any such materials retained.

2. All materials provided by the United States may be utilized by defendant and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents shall not be disclosed either directly or indirectly to any person or entity other than defendant, defendant's

counsel, persons employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the defendant, defense counsel, and persons employed to assist in the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

3. The materials provided by the United States shall not be copied or reproduced, except so as to provide copies of the material for use by each defense lawyer and the defendant and such persons as are employed by them to assist in the defense, and such copies and reproductions shall be treated in the same manner as the original matter.

ENTER:

/GERALDINE SOAT BROWN
U.S. MAGISTRATE JUDGE

DATE: October 28, 2008